UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-2813-SIMONTON

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**ARMANDO CASTRO ISER,**

    Defendant.

_____/

### ORDER GRANTING ORE TENUS UNOPPOSED MOTION FOR A COMPETENCY EVALUATION PURSUANT TO 18 U.S.C. 4241

Defendant Armando Castro Iser appeared before the undersigned Magistrate Judge for his initial appearance in this case on June 8, 2010, and for a detention hearing on June 11, 2010. The Office of the Public Defender was appointed to represent the Defendant at his initial appearance. At that time, based upon the pretrial services report, the circumstances of the charges, and the Defendant's behavior in court, the Government suggested that the Court consider ordering a competency evaluation. Defense counsel requested that the decision be deferred until the next court appearance to give her an opportunity to meet with the Defendant before taking a position on this issue.

At the next court appearance, on June 11, 2010, defense counsel advised the Court that she had spoken with the defendant, and based upon the circumstances, moved, ore tenus, for the Court to order a competency evaluation. Defense counsel stated that the Defendant concurred with this request. For the reasons stated below, the motion is granted.

Title 18, United States Code, Section 4241(a), provides that the Court shall order a

hearing regarding a defendant's competency to stand trial "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."  The Court has the authority to order that a psychiatric or psychological examination be conducted, and that a report be filed with the court, prior to the date of such hearing.  18 U.S.C. § 4241(b).  This examination, report, and hearing are to be conducted and prepared in accordance with the provisions of 18 U.S.C. § 4247.  18 U.S.C. §§ 4241(b), 4241(c).

Psychiatric and psychological examinations are governed by 18 U.S.C. § 4247(b), which provides in pertinent part:

> A psychiatric or psychological examination ordered pursuant to this chapter shall be conducted by a licensed or certified psychiatrist or psychologist, or, if the court finds it appropriate, by more than one such examiner.  Each examiner shall be designated by the court. . . .

Pursuant to 18 U.S.C. § 4247(c), report of examination shall include:

> (1) the person's history and present symptoms;
> (2) a description of the psychiatric, psychological, and medical tests that were employed and their results;
> (3) the examiner's findings; and
> (4) the examiner's opinions as to diagnosis, prognosis, and–
>     (A) . . . whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Based upon a review of the record as a whole, including the grounds for defense counsel's motion, the Defendant's somewhat rambling statements during his initial appearance, the circumstances of the charges, and the information contained in the

**pretrial services report which reflects that the Defendant is receiving disability benefits based upon a mental disability, the undersigned finds that there is reasonable cause to believe that the defendant may be suffering from a mental disease or defect that may render him incompetent to stand trial.**

**Therefore, it is hereby**

**ORDERED AND ADJUDGED that the Ore Tenus Motion to Determine Competency to Stand Trial is GRANTED. Within thirty days, the United States Attorney's Office shall have Mr. Castro Iser, who is held in pretrial detention, evaluated by a qualified psychiatrist or psychologist to determine his competency to understand the proceedings in this Court, pursuant to 18 U.S.C. §§ 4241, 4247(b). The cost for this evaluation is to be borne by the Department of Justice. See Guide to Judicial Policy & Procedure, vol. VII, chap. III, Part B, § 3.11(B) & Summary Chart (Administrative Office of the United States Courts). The report shall conform to the requirements of 18 U.S.C. § 4247(c), which requires that the report include:**

> **(1) the person's history and present symptoms;**
> **(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;**
> **(3) the examiner's findings; and**
> **(4) the examiner's opinions as to diagnosis, prognosis, and–**
>    **(A) . . . whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.**

**A copy of the Report shall be furnished to counsel for the government and counsel for the Defendant within thirty days from the date of this Order. Once the report is received, the Defendant shall file a copy of the report with the Court under Seal. It is further**

**ORDERED that this matter is set for a status conference on July 27, 2010, at**

**10:00 a.m.** before the undersigned Magistrate Judge, in the 8th Floor Courtroom at 301 N. Miami Avenue, Miami, FL 33128.  The presence of the Defendant is required.  It is further

**ORDERED** that the period of delay resulting from the examination of the Defendant and any subsequent judicial proceedings to determine the Defendant's competence shall be excluded from the computation of deadlines under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1(A).

**DONE AND ORDERED** in chambers in Miami, Florida, on June 16, 2010.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies to:**

**All counsel of record via CM/ECF**